IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R & A BAILEY & CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE ELI'S CHEESECAKE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 11-cv-07917 <br><br> Judge Elaine E. Bucklo <br><br> Magistrate Judge Jeffrey T. Gilbert |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant The Eli's Cheesecake Company ("Eli's"), by counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby brings its Motion for Extension of Time to Answer or Otherwise Plead. In support of this Motion, Eli's states as follows:

1. The Complaint was served upon Eli's on November 23, 2011. Eli's response currently is due on or before December 14, 2011, and such time has not expired.

2. An extension of fourteen (14) days is requested up to and including December 28, 2011.

3. Additional time is needed for Defendant to conduct further factual investigation and prepare a responsive pleading.

4. Counsel for Plaintiff has indicated that Plaintiff does not oppose this extension of time.

5. This requested 14-day extension is reasonably necessary and is not sought for the purpose of delay.

WHEREFORE, Defendant, The Eli's Cheesecake Company, respectfully requests that the Court grant its request for an extension of time of fourteen (14) days to answer or otherwise plead, and to demand trial by jury, up to and including December 28, 2011.

Dated:   December 5, 2011              By: /s/Max Shaftal
                                           Max Shaftal (#6182223)
                                           Patzik, Frank & Samotny Ltd.
                                           150 S. Wacker Drive, Suite 1500
                                           Chicago, Illinois 60606
                                           (312) 551-8300
                                           mshaftal@pfs-law.com

                                           ***Attorney for Defendant The Eli's Cheesecake Company***

**CERTIFICATE OF SERVICE**

The undersigned counsel of record hereby certifies that, on December 5, 2011, a true and correct copy of UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was filed with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record in this action.

Dated:   December 5, 2011                    By: /s/Max Shaftal