IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R & A BAILEY & CO., | ) | |
| | ) | Civil Action No. 11-cv-07917 |
| Plaintiff, | ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| THE ELI'S CHEESECAKE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION**

Please take note that on **Friday, December 16, 2011** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant The Eli's Cheesecake Company shall appear before the Honorable Judge Elaine E. Bucklo, or before any other Judge sitting in his stead, in the courtroom usually occupied by her at the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present the accompanying **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**.

Dated:   December 5, 2011            By: /s/Max Shaftal
                                     Max Shaftal (#6182223)
                                     Patzik, Frank & Samotny Ltd.
                                     150 S. Wacker Drive, Suite 1500
                                     Chicago, Illinois 60606
                                     (312) 551-8300
                                     mshaftal@pfs-law.com

                                     ***Attorneys for Defendant The Eli's
                                     Cheesecake Company***

**CERTIFICATE OF SERVICE**

The undersigned counsel of record hereby certifies that, on December 5, 2011, a true and correct copy of NOTICE OF MOTION was filed with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record in this action.

Dated:   December 5, 2011                    By: /s/Max Shaftal