IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R & A BAILEY & CO., | ) | |
| | ) | Civil Action No. 11-cv-07917 |
| Plaintiff, | ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| THE ELI'S CHEESECAKE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT THE ELI'S CHEESECAKE COMPANY'S RULE 7.1 CERTIFICATION AND NOTIFICATION AS TO AFFILLIATES UNDER LR 3.2**

In compliance with Fed. R. Civ. P. 7.1 and LR 3.2, Defendant The Eli's Cheesecake Company states that it has no parent corporation and no other corporation owns 5% or more of its stock.

Dated:  December 5, 2011          By: /s/Max Shaftal
                                      Max Shaftal (#6182223)
                                      Patzik, Frank & Samotny Ltd.
                                      150 S. Wacker Drive, Suite 1500
                                      Chicago, Illinois 60606
                                      (312) 551-8300
                                      mshaftal@pfs-law.com

                                      *Attorney for Defendant The Eli's Cheesecake Company*

**CERTIFICATE OF SERVICE**

The undersigned counsel of record hereby certifies that, on December 5, 2011, a true and correct copy of DEFENDANT THE ELI'S CHEESECAKE COMPANY'S RULE 7.1 CERTIFICATION AND NOTIFICATION AS TO AFFILLIATES UNDER LR 3.2 was filed with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record in this action.

Dated:   December 5, 2011           By: /s/Max Shaftal